JOSEPH ROTH, as Administrator of the Estate of JEAN ROTH, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 25302.)

JOHN J. MURPHY *et al.,* as Administrators of the Estate of MARY E. MURPHY, Deceased, Respondents, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 25303.)

Argued October 21, 1942; decided December 3, 1942.

*John J. Bennett, Jr.*, Attorney-General (*James H. Glavin, Jr.*, of counsel), for appellant.

*M. Francis Malone* and *Leo O. Coupe* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., and LEWIS, J., dissent on the ground there was no proof of breach of duty by the State.